118 A.3d 385

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael STEVENS, Respondent.**

**No. 43 EM 2015.**

Supreme Court of Pennsylvania.

July 2, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of July, 2015, the Petition for Allowance of Appeal is **DISMISSED.** Only final orders of the

Superior Court may be challenged through allocatur review. *See* 42 Pa.C.S. § 724(a). The Superior Court's remand order, which specifically noted that jurisdiction was retained, was not final. *See* Pa.R.A.P. 1112(b) (defining a final order, for purposes of allocatur, as one which "concludes an appeal, including an order that remands an appeal, ... unless the appellate court remands and retains jurisdiction").